Attorney: MICHAEL FAILLACE & ASSOCIATES, P.C. - 2371

JOSE PASTRANA AND ZACARIAS HERNANDEZ, INDIVIDUALLY

                                      Plaintiff(s)

Index #: 1:18-CV-09374-GBD

-against-

Date Filed:

MR. TACO LLC ETAL

                                      Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDRE MEISEL BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 31, 2018 at 11:50 AM at

C/O MR. TACO NYC
11 STANTON STREET
NEW YORK, NY 10002

deponent served the within true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT AND NOTICE OF INTENTION TO ENFORCE LLC MEMBER LIABILITY on RICHARD DOE, the defendant/respondent therein named.

**INDIVIDUAL** by delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be the person described as the defendant/respondent therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 35 | 5'10 | 180 |

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the defendant/respondent in this action.

Sworn to me on: October 31, 2018

| Linda Forman | Robin Forman | Gotham Process Inc. | **ANDRE MEISEL** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | 299 Broadway | License #: 1372356 |
| No. 01FO5031305 | No. 01FO6125415 | New York NY 10007 | Docket #: 1095292 |
| Qualified in New York County | Qualified in New York County | | |
| Commission Expires August 1, 2022 | Commission Expires April 18, 2021 | | |