# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 2020
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

sclark@faillacelaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 2 3 2019

January 23, 2019

**VIA ECF**
Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 11201

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JAN 2 3 2019

Re: Pastrana et al. v. Mr. Taco LLC et al.,
18-cv-9374 (GBD)

Your Honor,

This firm represents the Plaintiffs in the above-referenced matter. Plaintiffs write to respectfully request: (a) that the initial conference presently scheduled for January 29, 2019 be adjourned *sine die*; and (b) that the Court permit Plaintiffs to submit a motion for default on or before February 22, 2019. These requests are necessary because, to date, no Defendant has filed an Answer or otherwise responded to the Complaint. In light of the Defendants' failure to Answer and to preserve litigation and judicial resources, Plaintiffs respectfully request the Court adjourn the initial conference herein and set the date of February 22, 2019 for Plaintiffs to file a motion for default.

Plaintiffs thank the Court for its time and attention.

Respectfully submitted,

/s/Shawn R. Clark
Shawn R. Clark
MICHAEL FAILLACE & ASSOCIATES, P.C.
Attorneys for the Plaintiffs

*Certified as a minority-owned business in the State of New York*