```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOSE PASTRANA and ZACARIAS
HERNANDEZ, individually and on behalf of      Case No. 18-cv-9374
others similarly situated,

                         Plaintiffs,        **CERTIFICATE OF DEFAULT**

           -against-

MR. TACO LLC (D/B/A MR. TACO NYC),
ADRIAN GROSSMAN, and RICHARD DOE,
                     Defendants.
----------------------------------------------------------X

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on October 12, 2018 with the filing of a summons and complaint; a copy of the summons and complaint was served, pursuant to Fed. R. Civ. P. 4(e) (1), on Defendant Adrian Grossman on October 31, 2018, by personally leaving a copy with Richard Smith, a person of suitable age and discretion, who identified himself as a coworker; and proof of such service on the said Defendant was filed on November 5, 2018 (Dkt. No.11).

      I further certify that the docket entries indicate that the above named Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendant Adrian Grossman is hereby noted.

Dated: New York, New York
          2/25 , 2019

                                       **RUBY J. KRAJICK**
                                       Clerk of the Court

                                       By: _____
                                       Deputy Clerk