UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE PASTRANA, et al.,

                                  Plaintiffs,                        18-CV-09374 (GBD)(SN)

      -against-                                                             **ORDER**

MR. TACO LLC, et al.,

                                  Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On December 1, 2021, the Honorable George B. Daniels referred this case to my docket to conduct an inquest and to report and recommend concerning Plaintiffs' damages. No later than December 9, 2021, the parties shall file a letter informing the Court whether they wish to rely on their motion papers, ECF Nos. 25-29, or whether they would like to supplement those papers for the Court's inquest.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:     New York, New York
                December 2, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/2/2021