UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE PASTRANA and ZACARIAS
HERNANDEZ, individually

                Plaintiffs,

-against-                                      18 **CIVIL** 9374 (GBD)(SN)

## **JUDGMENT**

MR. TACO LLC d/b/a MR. TACO NYC,
ADRIAN GROSSMAN, and RICHARD DOE,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision & Order dated November 10, 2022, Magistrate Judge Netburn conducted a comprehensive and careful inquest. This Court finds no clear error in the Report's analysis. Accordingly, Magistrate Judge Netburn's Report is ADOPTED IN FULL. Final judgment is entered ordering Defendants to pay Plaintiffs $33,161.00 plus applicable prejudgment and post-judgment interest, as follows: (1) $6,111.00 in wage and hour damages to Plaintiff Pastrana, plus nine percent prejudgment simple interest, calculated from September 15, 2018, to the date of judgment, in the amount of $2,294.89; (2) $8,180.00 in wage, hour, and unlawful tip withholding damages to Plaintiff Hernandez, plus nine percent prejudgment simple interest, calculated from September 15, 2018, to the date of judgment, in the amount of $3,071.87; (3) $6,111.00 in liquidated damages to Plaintiff Pastrana; (4) $8,180.00 in liquidated damages to Plaintiff Hernandez; (5) $4,014.00 in attorneys' fees; and ( 6) $565.00 in costs.

**Dated:** New York, New York

      November 16, 2022

                                                      **RUBY J. KRAJICK**

                                                      _____
                                                          **Clerk of Court**

                               **BY:**     *K. Mango*

                                                          _____
                                                         **Deputy Clerk**